AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:20-mj-00261 |
| | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 12/31/2020 |
| BRIAN JEFFREY RAYMOND | ) | Description: Complaint w/ Arrest Warrant |
| Date of Birth: XXXXXXXXX | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Sept. 2018 through June 1, 2020  in the county of  not applicable  in the  not applicable  District of  not applicable , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2242(2) | Sexual abuse in the Special Maritime and Territorial Jurisdiction of the United States |
| 18 U.S.C § 2244(a)(2) | Abusive sexual contact in the Special Maritime and Territorial Jurisdiction of the United States |
| 18 U.S.C § 2422(a) | Coercion and enticement in the Special Maritime and Territorial Jurisdiction of the United States |

This criminal complaint is based on these facts:

See attached statement of offenses.

☑ Continued on the attached sheet.

*Complainant's signature*

Erin Sheridan, Special Agent, FBI
*Printed name and title*

Attested to by the Complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  12/31/2020

*Judge's signature*

City and state:  Washington, D.C.      ZIA M. FARUQUI, US MAGISTRATE JUDGE
*Printed name and title*