AO 442 (Rev. 11/11) Arrest Warrant

11186859

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BRIAN JEFFREY RAYMOND

)
) Case: 1:20-mj-00261
) Assigned To : Faruqui, Zia M.
) Assign. Date : 12/31/2020
) Description: Complaint w/ Arrest Warrant
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **BRIAN JEFFREY RAYMOND**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2242(2) (Sexual abuse in the Special Maritime and Territorial Jurisdiction of the United States), 18 U.S.C § 2244(a)(2) (Abusive sexual contact in the Special Maritime and Territorial Jurisdiction of the United States), and 18 U.S.C § 2422(a) (Coercion and enticement in the Special Maritime and Territorial Jurisdiction).

Date: 12/31/2020

Zia M. Faruqui
2020.12.31 16:12:37 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

ZIA M. FARUQUI, US MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/04/21, and the person was arrested on *(date)* 01/04/21 at *(city and state)* WDC. |
| Date: 1-5-21 |
| *Arresting officer's signature* |
| COREY WILLIAMS DEO |
| *Printed name and title* |