## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 20-mj-261 |
| : | |
| BRIAN JEFFERY RAYMOND, : | |
|    Defendant. : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to extend the Preliminary Hearing currently scheduled for January 20, 2021 to February 22, 2021, at 1:00 p.m. before Magistrate Judge Robin M. Meriweather; it is

FURTHER ORDERED that the period from January 20, 2021 to February 22, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that COVID-19 has presented complications here that make it difficult for defense counsel to meet with their client and prepare, that the defendant just recently arrived in the District of Columbia on December 22, that the defendant faces another set of charges in a separate criminal complaint (20mj200), that defendant needs time to confer with counsel, that this case involves multiple jurisdictions, that this case involves sensitive information some of which can only be reviewed at the U.S. Attorney's Office or FBI, and that delay is necessary for the parties to work on a potential resolution.

4                                       _____
                                                 G. Michael Harvey
                                                 United States Magistrate Judge