# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO.   20-MJ-261** |
| : | |
| **BRIAN JEFFREY RAYMOND,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and the United States Department of Justice, hereby respectfully moves the Court for the entry of a protective order governing the production of unclassified discovery materials by the parties in the above-captioned case. Any classified materials will be governed by a separate order. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

| | |
|---|---|
| NICHOLAS L. MCQUAID | MICHAEL R. SHERWIN |
| Acting Assistant Attorney General | Acting United States Attorney |
| | |
| By:   /s/ | By:   /s/ |
| Jamie B. Perry | April Russo |
| MD Bar No: 1012160031 | P.A. Bar No. 313475 |
| Trial Attorney | Assistant United States Attorney |
| U.S. Dept. of Justice, Criminal Division | 555 4th Street, N.W. |
| Human Rights and Special Prosecutions | Washington, D.C. 20530 |
| 1301 New York Avenue, Northwest | (202) 252-1717 |
| Washington, D.C. 20530 | April.russo@usdoj.gov |
| (202) 307-3262 | |
| Jamie.Perry@usdoj.gov | |

Dated:   February 15, 2021

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the Government's Unopposed Motion For Protective Order upon defense counsel, Jonathan Jeffress, Emily Voshell, and Courtney Forrest, by filing it with the Court's Electronic Case Filing ("ECF") System.

                   /s/
                Jamie Perry, Trial Attorney
                U.S. Department of Justice